IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMIE McDOWELL,

    Plaintiff,

v().        Case No. 3:05cv435/MCR/EMT

WAL-MART STORES, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

This cause is before the court upon Defendant's Notice of Settlement(doc. 68) and the Joint Stipulation For Dismissal With Prejudice (doc. 69). Upon consideration of the foregoing, the above-entitled action is **DISMISSED** with prejudice, each party to bear their respective costs. The Clerk is directed to close the case in its entirety for all purposes.

**ORDERED** on this 22nd day of March, 2007.


    *s/ M. Casey Rodgers*
    **M. CASEY RODGERS**
    **UNITED STATES DISTRICT JUDGE**